KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIC D. ROSEN (MDSB)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-2695
FAX: (408) 535-5081
Email: eric.d.rosen@usdoj.gov

Attorneys for Plaintiff

FILED

JAN 24 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-00034 JF |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| FELIPE SOTO-BALLESTEROS, ) | San Jose Venue |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned matter. This document was inadvertently filed although it was only a draft indictment and had not been presented to the Grand Jury.

//
//
//
//
//

NOTICE OF DISMISSAL

| | |
|---|---|
| DATED: 1/24/07 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br><br>_____/S/_____<br>DAVID R. CALLAWAY<br>Deputy Chief, San Jose Branch |

Leave is granted to the government to dismiss the matter. The entry is ordered removed from the Court's docketing system.

Date: 1/24/07

JEREMY FOGEL
United States District Court Judge

NOTICE OF DISMISSAL